Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Washington
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

UniEnergy Technologies, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

45 - 4762454
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 4333 Harbour Pointe Blvd. Southwest | |
| Number  Street | Number  Street |
| Suite A | |
| | P.O. Box |
| Mukilteo WA 98275 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | Number  Street |
| Snohomish | |
| County | City  State  ZIP Code |

| Debtor | UniEnergy Technologies, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **6. Debtor's website** (URL) | www.uetechnologies.com | |

| | | |
|---|---|---|
| **7. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ | |

| | |
|---|---|
| **8. Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | |
|---|---|
| **9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |

## Part 3: Report About the Case

| | |
|---|---|
| **10. Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **11. Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | |
|---|---|
| **12. Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205     Involuntary Petition Against a Non-Individual     page 2

Case 21-11903-CMA    Doc 1    Filed 10/14/21    Ent. 10/14/21 17:47:44    Pg. 2 of 5



| Debtor | UniEnergy Technologies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Aggreko, LLC | Unpaid Amounts Due | $ 146,370.51 |
| California Energy Storage Alliance | Unpaid Membership Fees | $ 14,500.00 |
| DAH Corporation d/b/a ISOutsource | Unpaid IT Products & Svcs | $ 16,364.53 |
| Mahi Pai LLC | Unpaid Consulting Fees | $ 47,338.42 |
| Zephyr LLC | Unpaid Consulting Fees | $ 35,178.86 |
| | Total of petitioners' claims | $ 259,752.32 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Aggreko, LLC
Name

4607 West Admiral Doyle Drive
Number   Street

New Iberia      LA      70650
City            State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Tait Faulk
Name

4607 West Admiral Doyle Drive
Number   Street

New Iberia      LA      70650
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/14/2021
MM/DD/YYYY

✗ /s/ Tait Faulk      Associate General Counsel
Signature of petitioner or representative, including representative's title

**Attorneys**

Bradley R. Duncan
Printed name

Hillis Clark Martin & Peterson P.S.
Firm name, if any

999    Third Avenue, Suite 4600
Number   Street

Seattle          WA       98104
City             State    ZIP Code

Contact phone 206.623.1745  Email bradley.duncan@hcmp.com

Bar number 36436

State   Washington

✗ /s/ Bradley R. Duncan
Signature of attorney

Date signed 10/14/2021
MM / DD / YYYY

Douglas E. Spelfogel (Pro Hac Admission Pending)
Printed name

Mayer Brown LLP
Firm name, if any

1221   Avenue of the Americas
Number   Street

New York         NY       10020
City             State    ZIP Code

Contact phone 212.506.2151  Email dspelfogel@mayerbrown.com

Bar number 2295384

State   NY

✗ /s/ Douglas E. Spelfogel
Signature of attorney

Date signed 10/14/2021
MM / DD / YYYY

| Debtor | UniEnergy Technologies, LLC | Case number (*if known*) |
|---|---|---|

**Name and mailing address of petitioner**

California Energy Storage Alliance (CESA)
Name

2150  Allston Way
Number  Street

Berkeley   CA   94704
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Alex J. Morris
Name

2150  Alston Way
Number  Street

Berkeley   CA   94704
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/12/2021
   M M / D D / Y Y Y Y

✖ /s/ Alex J. Morris       Executive Director
Signature of petitioner or representative, including representative's title

---

Bradley R. Duncan
Printed name

Hillis Clark Martin & Peterson P.S.
Firm name, if any

999  Third Avenue, Suite 4600
Number  Street

Seattle   WA   98104
City   State   ZIP Code
Contact phone  206.623.1745  Email bradley.duncan@hcmp.com
Bar number  36436
State   Washington

✖ /s/ Bradley R. Duncan
Signature of attorney
Date signed  10/14/2021
   MM / DD / YYYY

Douglas E. Spelfogel (Pro Hac Admission Pending)
Printed name

Mayer Brown LLP
Firm name, if any

1221  Avenue of the Americas
Number  Street

New York   NY   10020
City   State   ZIP Code
Contact phone  212.506.2151  Email dspelfogel@mayerbrown.com
Bar number  2295384
State   NY

✖ /s/ Douglas E. Spelfogel
Signature of attorney
Date signed  10/14/2021
   MM / DD / YYYY

---

**Name and mailing address of petitioner**

DAH Corporation d/b/a ISOutsource
Name

19119  North Creek Parkway
Number  Street

Bothell   WA   98011
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Billy Au-Yeung
Name

19119  North Creek Parkway
Number  Street

Bothell   WA   98011
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/12/2021
   M M / D D / Y Y Y Y

✖ /s/ Billy Au-Yeung       CFO
Signature of petitioner or representative, including representative's title

---

Bradley R. Duncan
Printed name

Hillis Clark Martin & Peterson P.S.
Firm name, if any

999  Third Avenue, Suite 4600
Number  Street

Seattle   WA   98104
City   State   ZIP Code
Contact phone  206.623.1745  Email  bradley.duncan@hcmp.com
Bar number  36436
State   Washington

✖ /s/ Bradley R. Duncan
Signature of attorney
Date signed  10/14/2021
   MM / DD / YYYY

**Attorneys**
Douglas E. Spelfogel (Pro Hac Admission Pending)
Printed name

Mayer Brown LLP
Firm name, if any

1221  Avenue of the Americas
Number  Street

New York   NY   10020
City   State   ZIP Code
Contact phone  212.506.2151  Email  dspelfogel@mayerbrown.com
Bar number  2295384
State   NY

✖ /s/ Douglas E. Spelfogel
Signature of attorney
Date signed  10/14/2021
   MM / DD / YYYY

---

| Debtor | UniEnergy Technologies, LLC | Case number (*if known*) |
|---|---|---|

Official Form 205    Involuntary Petition Against a Non-Individual    page 4



Case 21-11903-CMA    Doc 1    Filed 10/14/21    Ent. 10/14/21 17:47:44    Pg. 4 of 5

**Name and mailing address of petitioner**

Mahi Pai LLC
Name

818    5th Street
Number    Street

Kirkland                    WA         98033
City                        State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Gene Larson
Name

818    5th Street
Number    Street

Kirkland                    WA         98033
City                        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/11/2021
              M M / D D / Y Y Y Y

✘ /s/ Gene Larson              Principal
Signature of petitioner or representative, including representative's title

---

Bradley R. Duncan
Printed name

Hillis Clark Martin & Peterson P.S.
Firm name, if any

999    Third Avenue, Suite 4600
Number    Street

Seattle                WA            98104
City                   State         ZIP Code
Contact phone  206.623.1745  Email  bradley.duncan@hcmp.com
Bar number  36436
State          Washington

✘ /s/ Bradley R. Duncan
Signature of attorney
Date signed  10/14/2021
             MM / DD / YYYY

Douglas E. Spelfogel (Pro Hac Admission Pending)
Printed name

Mayer Brown LLP
Firm name, if any

1221    Avenue of the Americas
Number    Street

New York               NY            10020
City                   State         ZIP Code
Contact phone  212.506.2151  Email  dspelfogel@mayerbrown.com
Bar number  2295384
State          NY

✘ /s/ Douglas E. Spelfogel
Signature of attorney
Date signed  10/14/2021
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Zephyr LLC
Name

8360    NE Meadow Ridge Road
Number    Street

Prineville                  OR         97754
City                        State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Terra M. Rogers
Name

8360    NE Meadow Ridge Road
Number    Street

Prineville                  OR         97754
City                        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/2021
              M M / D D / Y Y Y Y

✘ /s/ Terra M. Rogers          Principal
Signature of petitioner or representative, including representative's title

---

Bradley R. Duncan
Printed name

Hillis Clark Martin & Peterson P.S.
Firm name, if any

999    Third Avenue, Suite 4600
Number    Street

Seattle                WA            98104
City                   State         ZIP Code
Contact phone  206.623.1745  Email  bradley.duncan@hmcp.com
Bar number  36436
State          Washington

✘ /s/ Bradley R. Duncan
Signature of attorney
Date signed  10/14/2021
             MM / DD / YYYY

Douglas E. Spelfogel (Pro Hac Admission Pending)
Printed name

Mayer Brown LLP
Firm name, if any

1221    Avenue of the Americas
Number    Street

New York               NY            10020
City                   State         ZIP Code
Contact phone  212.506.2151  Email  dspelfogel@mayerbrown.com
Bar number  2295384
State          NY

✘ /s/ Douglas E. Spelfogel
Signature of attorney
Date signed  10/14/2021
             MM / DD / YYYY

