B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## __Western__ District Of __Washington__

In re __UniEnergy Technologies, LLC__,  )  Case No. _____
        Debtor* )
                                       )  Chapter __11__
                                       )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __October 14, 2021__ (date), requesting an order for relief under chapter __11__ of the Bankruptcy Code (title 11 of the United States Code).

    **YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:   700 Stewart St., #6301
                                             Seattle, WA 98101

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorneys:

| | |
|---|---|
| Bradley R. Duncan | Douglas E. Spelfogel (Pro Hac Admission Pending) |
| Hillis Clark Martin & Peterson P.S. | Mayer Brown LLP |
| 999 Third Ave., #4600, Seattle, WA 98104 | 1221 Avenue of the Americas, New York, NY 10020 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                       _____ (Clerk of the Bankruptcy Court)

      Date: _____                  By: _____(Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name:    _____

    Business Address:    _____

        _____