

2018 156th Ave NE, Suite 100
Bellevue, WA 98007
503.624.6800 P
503.624.6888 F

**Josh Rataezyk**
**(206) 741-1401**
**jrataezyk@swlaw.com**

March 3, 2022

**By Electronic Filing**

Hon. Christopher M. Alston
United States Bankruptcy Court
700 Stewart Street, Room 6301
Seattle, WA 98101

    Re:    In Re: UniEnergy Technologies, LLC
             Case No. 21-11903
             Joint Request for Continuance of Evidentiary Hearing

Dear Judge Alston:

This letter is jointly submitted by the alleged debtor herein, UniEnergy Technologies, LLC ("UET"), petitioning creditors Aggreko, LLC, California Energy Storage Alliance, DAH Corporation d/b/a ISOutsource, Mahi Pai LLC and Zephyr LLC (the "Petitioning Creditors"), and alleged creditor Forever Energy Inc. ("Forever Energy," and together with the Petitioning Creditors and UET, the "Parties").

Counsel for UET spoke with Courtroom Deputy Morgan Brannon on March 3rd, 2022. This letter is submitted pursuant to Ms. Brannon's request that the Parties do so in order to seek a continuance of the evidentiary hearing currently set in this matter for April 5th and 6th, 2022.

The Parties respectfully request a continuance of 2-3 weeks from the current April 5-6 hearing to a date no later than April 27th, 2022.

Thank you for considering the Parties' request. We are of course happy to provide any additional information the Court requires.

4877-5167-9752

ALBUQUERQUE    BOISE    DENVER    LAS VEGAS    LOS ANGELES    LOS CABOS    ORANGE COUNTY
PHOENIX    PORTLAND    RENO    SALT LAKE CITY    SAN DIEGO    SEATTLE    TUCSON    WASHINGTON, D.C.

Case 21-11903-CMA    Doc 147    Filed 03/03/22    Ent. 03/03/22 15:05:12    Pg. 1 of 2



        Very truly yours,

        SNELL & WILMER L.L.P.

        By   */s/Josh Rataezyk*
           Josh Rataezyk, WSBA #33046

        *Counsel to the Alleged Debtor*

        HILLIS CLARK MARTIN & PETERSON P.S.

        By   */s/Bradley R. Duncan*
           Bradley R. Duncan, WSBA #36436
           Amit D. Ranade, WSBA #34878

        MAYER BROWN LLP

        By   */s/Douglas Spelfogel*
           Douglas Spelfogel (*pro hac vice*)
           Derek Wright (*pro hac vice)*

        *Counsel to the Ad Hoc Creditors' Committee*