# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON
---

<div style="float:left">
Erin Anderson
Law Clerk to Christopher M. Alston
</div>

<div style="float:right">
CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330
</div>

March 9, 2022

**Via CM/ECF**

Bradley R. Duncan
Hillis Clark Martin & Peterson PS
999 Third Avenue Suite 4600
Seattle, WA 98104

Amit D. Ranade
Hillis Clark Martin & Peterson P.S.
999 Third Avenue
Suite 4600
Seattle, WA 98104

Christopher H. Bayley
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202

Joshua A. Rataezyk
Snell & Wilmer LLP
2018 156th Avenue, NE
Suite 100
Bellevue, WA 98007

Douglas Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Derek Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Molly J. Kjartanson
Snell & Wilmer
One Arizona Center
400 E Van Buren St, Suite 1900
Phoenix, AZ 85004-2202

Re: *UniEnergy Technologies LLC,* **Case No. 21-11903**

Dear Counsel:

In light of the ongoing COVID-19 pandemic and evolving courthouse restrictions, the Court will hold a status conference in this matter on **March 24, 2022, at 11:00 a.m.** The purpose of this status conference will be to discuss the upcoming evidentiary hearing and related courtroom procedures. The status conference will be held telephonically, and all participating parties must use the instructions for telephonic appearances below.

· Dial: 1−888−363−4749
· Enter Access Code: 8955076#

- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

Do **NOT** put your phone on hold at any time after your call is connected. Please do not hesitate to contact our chambers should you have any questions.

Sincerely,

*Erin M. Anderson*

Erin Anderson
Law Clerk to the Honorable Christopher M. Alston