

2018 156TH AVENUE, NE
SUITE 100
BELLEVUE, WA 98007
425.748.5055 P
714.427.7799 F

**Josh Rataezyk**
**(206) 741-1401**
**jrataezyk@swlaw.com**

April 13, 2022

<u>*By Electronic Filing*</u>

Hon. Christopher M. Alston
United States Bankruptcy Court
700 Stewart Street, Room 6301
Seattle, WA 98101

    Re:    ***In re: UniEnergy Technologies, LLC,*** **Case No. 21-11903**

Dear Judge Alston:

Pursuant to the Court's instructions in its April 4, 2022 letter granting the parties' request for a continuance, counsel to the petitioning creditors and counsel to the alleged debtor have conferred and agreed on various new dates to be incorporated into an amended scheduling order. Such agreed dates are as follows:

- Exhibits shall be exchanged between parties and provided to the Court in electronic format by May 17, 2022.

- The parties' prehearing statements shall be filed by May 19, 2022.

- Hard copies of exhibits shall be provided to the Court by May 19, 2022.

- Any other motion *in limine* or objection to exhibits shall be filed by May 18, 2022 to be heard at the evidentiary hearing. Responses to any such motions or objections shall be filed by May 23, 2022.

- The parties must confirm that the evidentiary hearing is going forward not later than noon on May 17, 2022.

ALBUQUERQUE   BOISE   DENVER   LAS VEGAS   LOS ANGELES   LOS CABOS   ORANGE COUNTY
PHOENIX   PORTLAND   RENO   SALT LAKE CITY   SAN DIEGO   SEATTLE   TUCSON   WASHINGTON, D.C.

Case 21-11903-CMA   Doc 170   Filed 04/13/22   Ent. 04/13/22 11:19:38   Pg. 1 of 2

      Please let us know if anything further is needed from the parties and we are available to answer any questions the Court may have.

    Yours very truly,

**SNELL & WILMER**

*/s/ Josh Rataezy*
Josh Rataezyk, WSBA #33046
2018 156th Avenue, NE
Suite 100
Bellevue, WA 98007
Telephone: (425) 748-5055
jrataezyk@swlaw.com
*Attorney for Debtor*

**MAYER BROWN LLP**

*/s/ Douglas E. Spelfogel*
Douglas E. Spelfogel (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2570
dspelfogel@mayerbrown.com

Derek L. Wright (*pro hac vice*)
71 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 782-0600
dwright@mayerbrown.com

**HILLIS CLARK MARTIN & PETERSON P.S.**

*/s/ Bradley R. Duncan*
Bradley R. Duncan, WSBA #36436
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: (206) 623-1745
bradley.duncan@hcmp.com
*Counsel for the Ad Hoc Creditors' Committee*

JR/cll