United States Bankruptcy Court

Western District of Washington

In re:  
UniEnergy Technologies LLC  
    Debtor

Case No. 21-11903-CMA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 3  
Date Rcvd: May 20, 2022     Form ID: 309F1     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | UniEnergy Technologies LLC, 4333 Harbour Pointe Blvd. SW, Suite A, Mukilteo, WA 98275-5461 |
| aty | + | Amit D. Ranade, Hillis Clark Martin & Peterson P.S., 999 Third Avenue, Suite 4600, Seattle, WA 98104-4084 |
| aty | + | Bradley R. Duncan, Hillis Clark Martin & Peterson PS, 999 Third Avenue Suite 4600, Seattle, WA 98104-4084 |
| aty | + | Christopher H Bayley, Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren St., Ste. 1900, Phoenix, AZ 85004-2509 |
| aty | + | Daniel A Fiedler, Davis Wright Tremaine, LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610 |
| aty | | Derek Wright, Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | | Douglas Spelfogel, Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Hilary Bramwell Mohr, Office of the U.S. Trustee, 700 Stewart St, Ste 5103, Seattle, WA 98101-4438 |
| aty | | Hugh R. McCullough, Davis Wright Tremaine LLP, 920 Fifth Avenue Suite 3300, Seattle, WA 98104-1610 |
| aty | + | Joseph A.G. Sakay, Ryan, Swanson & Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, WA 98101-3034 |
| aty | | Joseph E Shickich, Jr, Fox Rothschild LLP, 1001 4th Ave Ste 4500, Seattle, WA 98154-1192 |
| aty | + | Kathryn R. McKinley, Paine Hamblen LLP, 717 W Sprague Ave, Ste 1200, Spokane, WA 99201-3905 |
| aty | + | Molly J. Kjartanson, Snell & Wilmer, One Arizona Center, 400 E Van Buren St, Suite 1900, Phoenix, AZ 85004-2509 |
| smg | + | Attorney General's Office, Bankruptcy & Collections Unit, 800 5th Ave Ste 2000, Seattle, WA 98104-3188 |
| ptcrd | + | Aggreko LLC, 4607 West Admiral Doyle Drive, New Iberia, LA 70560-9134 |
| ptcrd | + | California Energy Storage Alliance, 2150 Alston Way, Berkeley, CA 94704-1382 |
| ptcrd | + | Farm ACW, Attn: Julie Sun, 40147 Calle Roxanne, Fallbrook, CA 92028-9701 |
| ptcrd | ++ | MAHI PAI LLC, ATTN EUGENE LARSON, 818 5TH STREET, KIRKLAND WA 98033-5691 address filed with court:, Mahi Pai LLC, 818 5th Street, Kirkland, WA 98033 |
| intp | + | Margaret Vesper, Ballard Spahr LLP, 919 N Market St 11th Fl, Wilmington, DE 19801-3023 |
| cr | + | Rosen Bel-Kirk Associates LLC, Ryan, Swanson & Cleveland, PLLC, 1201 Third Ave Ste 3400, Seattle, WA 98101-3034 |
| intp | + | Venture Lending & Leasing VIII, Inc., Fox Rothschild LLP, c/o Robert Amkraut, 1001 4th Ave., Suite 4500 Seattle, WA 98154-1192 |
| ptcrd | + | Zephyr LLC, 8360 NE Meadow Ridge Road, Prineville, OR 97754-9631 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jrataezyk@swlaw.com | May 20 2022 22:52:00 | Joshua A Rataezyk, Snell & Wilmer LLP, 2018 156th Avenue, NE, Suite 100, Bellevue, WA 98007 |
| smg | | EDI: IRS.COM | May 21 2022 02:58:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | May 20 2022 22:52:00 | Securities and Exchange Commission, Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles, WA 90071-2934 |
| smg | | EDI: WADEPREV.COM | May 21 2022 02:58:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | May 20 2022 22:52:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |

| | | | | |
|---|---|---|---|---|
| ptcrd | + | Email/Text: accounts@isoutsource.com | May 20 2022 22:52:00 | DAH Corporation, 19119 North Creek Parkway, Bothell, WA 98011-8036 |
| ptcrd | | Email/Text: gljr76@gmail.com | May 20 2022 22:52:00 | Mahi Pai LLC, 818 5th Street, Kirkland, WA 98033 |
| 957041051 | | EDI: MASSDOR | May 21 2022 02:58:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY U, P.O. BOX 7090, BOSTON,, MA 02204-7090 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957053055 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amit D. Ranade | on behalf of Creditor Forever Energy Inc. amit.ranade@hcmp.com bankruptcy@hcmp.com;tammie.gere@hcmp.com;krista.stokes@hcmp.com;G23616@notify.cincompass.com |
| Bradley R. Duncan | on behalf of Creditor Forever Energy Inc. bradley.duncan@hcmp.com bkp@hcmp.com;bankruptcy@hcmp.com;tammie.gere@hcmp.com |
| Daniel A Fiedler | on behalf of Interested Party Courtesy NEF danielfiedler@dwt.com jeannecadley@dwt.com |
| Derek Wright | on behalf of Petitioning Creditor Aggreko LLC dwright@mayerbrown.com |
| Douglas Spelfogel | on behalf of Petitioning Creditor Aggreko LLC dspelfogel@mayerbrown.com |
| Hilary Bramwell Mohr | on behalf of US Trustee United States Trustee hilary.b.mohr@usdoj.gov Martha.A.VanDraanen@USDOJ.GOV;Young-Mi.Petteys@USDOJ.GOV;brian.b.braun@usdoj.gov;cori.gustafson@usdoj.gov |
| Hugh R. McCullough | on behalf of Interested Party Vanadis Power B.V. hughmccullough@dwt.com sherriparsons@dwt.com;seadocket@dwt.com |
| Joseph A.G. Sakay | on behalf of Creditor Rosen Bel-Kirk Associates LLC sakay@ryanlaw.com docketing@ryanlaw.com |
| Joseph E Shickich, Jr | |

| | |
|---|---|
| | on behalf of Interested Party Venture Lending & Leasing VIII Inc. jshickich@foxrothschild.com, vmagda@foxrothschild.com |
| Joshua A Rataezyk | on behalf of Debtor UniEnergy Technologies LLC jrataezyk@swlaw.com docket@swlaw.com;clittell@swlaw.com;tgere@swlaw.com;pshanahan@swlaw.com |
| Kathryn R. McKinley | on behalf of Interested Party Courtesy NEF kathryn.mckinley@painehamblen.com april.schwartzenberger@painehamblen.com |
| Molly J. Kjartanson | on behalf of Debtor UniEnergy Technologies LLC mkjartanson@swlaw.com docket@swlaw.com;pshanahan@swlaw.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | UniEnergy Technologies LLC <br> Name | EIN: | 45–4762454 |
| United States Bankruptcy Court | Western District of Washington | Date case filed for chapter: | 11  10/14/21 |
| Case number: | 21-11903-CMA | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

08/21

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | UniEnergy Technologies LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4333 Harbour Pointe Blvd. SW <br> Suite A <br> Mukilteo, WA 98275 | |
| 4. | **Debtor's attorney** <br> Name and address | Joshua A Rataezyk <br> Snell & Wilmer LLP <br> 2018 156th Avenue, NE <br> Suite 100 <br> Bellevue, WA 98007 | Contact phone 425-748-5055 <br><br> Email: jrataezyk@swlaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 700 Stewart St, Room 6301 <br> Seattle, WA 98101 | Hours open: <br> 8:30 am – 4:30 pm Monday – Friday <br><br> Contact phone 206-370-5200 <br><br> Date: 5/20/22 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **June 15, 2022 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br> **\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location: <br><br> Telephonic Creditors Meeting <br> Conference Line: 1-866-817-4564 <br> Participant Code: 2679438 |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)   Notice of Chapter 11 Bankruptcy Case   page 1

Case 21-11903-CMA    Doc 190    Filed 05/22/22    Ent. 05/22/22 21:10:25    Pg. 4 of 5

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint:** | 8/15/22 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.