Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑   *Schedule H: Codebtors* (Official Form 206H)

❑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑   Amended *Schedule* ____

❑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/21/2022     ✗ *CBVillani*
      MM / DD / YYYY           Signature of individual signing on behalf of debtor

                       *Chris Villani*
                       Printed name

                       *Agent*
                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  U n i E n e r g y  T e c h n o l o g i e s ,  L L C _____

United States Bankruptcy Court for the: Western _____ District of WA_____
(State)

Case number (If known):  2 1 - 1 1 9 0 3 - C M A  _____

❑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   X  No. Go to Part 2.
   ❑  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                             $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| --- | --- |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

X No. Go to Part 3.

❑ Yes. Fill in the information below.

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

*Description, including name of holder of deposit*

7.1. _____ $_____

7.2. _____ $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    X  No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➔   $_____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........➔   $_____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**
    X  No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____

Case 21-11903-CMA    Doc 214    Filed 06/23/22    Ent. 06/23/22 17:15:05    Pg. 4 of 40

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    X  No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    X  No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

X  No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    X  No. Go to Part 9.

    ❑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

                                                                                                  $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❑  No

    ❑  Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❑  No

    ❑  Yes

Case 21-11903-CMA    Doc 214    Filed 06/23/22    Ent. 06/23/22 17:15:05    Pg. 7 of 40

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    X No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    X No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   X  No. Go to Part 12.
   ☐ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   | --- | --- |

71. **Notes receivable**
   Description (include name of obligor)

   _____

   _____  −  _____  = ➔  $_____
   Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax year _____  $_____
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

   _____

   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____

   $_____

   **Nature of claim**    _____
   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____

   $_____

   **Nature of claim**    _____
   **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

   _____

   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____

   $_____

   _____

   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Case 21-11903-CMA    Doc 214    Filed 06/23/22    Ent. 06/23/22 17:15:05    Pg. 9 of 40

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................➔ | | $0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column.......................... 91a. | $_____ 0 | **+** 91b. $0_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 0_____

Case 21-11903-CMA     Doc 214     Filed 06/23/22     Ent. 06/23/22 17:15:05     Pg. 10 of 40

**Fill in this information to identify the case:**

Debtor name   UniEnergy Technologies, LLC

United States Bankruptcy Court for the:   W e s t e r n _____ District of   WA
                                                                      (State)

Case number (If known):   2 1 - 1 1 9 0 3 - C M A

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    **X**  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐  Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
    secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.1**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐  No
☐  Yes

**Date debt was incurred** _____
**Last 4 digits of account**

**Is anyone else liable on this claim?**
☐  No

**number** _____

☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**
☐  No

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent

☐  Yes. Specify each creditor, including this creditor,
    and its relative priority.

☐  Unliquidated
☐  Disputed

**2.2** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account**

**number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$_____

**Fill in this information to identify the case:**

Debtor      __UniEnergy Technologies, LLC _____

United States Bankruptcy Court for the: _W e s t e r n _____ District of ____WA____
                                                                (State)

Case number 21-11903-CMA   _____
(If known)

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ❑ No. Go to Part 2.

    **X** Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
<u>John Fitzsimmons</u>
<u>20409 - 68th Ave W. H603</u>
Lynnwood, WA 98360

As of the petition filing date, the claim is: $ **??**
*Check all that apply.*
❑ Contingent
X Unliquidated
❑ Disputed

Total claim: **??**    Priority amount: $_____

Date or dates debt was incurred **March, 2021**

Basis for the claim: **Wages, PTO, patent incentive**

Last 4 digits of account number   **2969**_____

Is the claim subject to offset?
❑ No
   Yes

❑ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.2** Priority creditor's name and mailing address
William Gross
5704 Sugarloaf St
Anacortes, WA 98221

As of the petition filing date, the claim is: $ **??**
*Check all that apply.*
❑ Contingent
X Unliquidated
❑ Disputed

$_____

Date or dates debt was incurred: **March 2021**

Basis for the claim: **Wages, PTO**

Last 4 digits of account number   **4321** _____

Is the claim subject to offset?
❑ No
   Yes

❑ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.3** Priority creditor's name and mailing address
**Christoper Howard**
**8363 29th Ave NW**
**Seattle, WA 98117**

As of the petition filing date, the claim is: $ **??**
*Check all that apply.*
❑ Contingent
X Unliquidated
❑ Disputed

_____

Date or dates debt was incurred **March 2021**

Basis for the claim: **Wages, PTO, patent incentive**

Last 4 digits of account number   **9757**_____

Is the claim subject to offset?
❑ No
   Yes

❑ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** Priority creditor's name and mailing address                                          $ ??

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
X Unliquidated

Johnathan Horner
4630 Silvertip Ln.
Everett, WA 98203                    ❑ Disputed

Date or dates debt was incurred: March 2021     Basis for the claim: Wages, PTO, patent incentives

Last 4 digits of account
Number  3410                         Is the claim subject to offset?
                                     ❑
❑                                    No
                                     Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address                    $  ??

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
X Unliquidated

Yueqi Liu
4780 Huntings Ln                     ❑ Disputed
Mukilteo, WA 98275

Date or dates debt was incurred: March 2021     Basis for the claim: Wages, PTO, patent incentive

Last 4 digits of account
  Number    6203                     Is the claim subject to offset?
                                     ❑ No
❑                                      Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address                    $  ??

As of the petition filing date, the claim is:
*Check all that apply.*

Edward Schnarrs
18609 36th Ave. W, Apt H303
Lynnwood, WA 98037                   ❑ Contingent
                                        X   Unliquidated
                                     ❑ Disputed

Date or dates debt was incurred: March 2021     Basis for the claim: Wages, PTO, patent incentive

Last 4 digits of account
  number    7117                     Is the claim subject to offset?
                                     ❑ No
❑                                      Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____??_____ $ _ |
|---|---|---|

Check all that apply.

Chenxi Sun
15118 125th Pl. NE
Woodinville, WA 98072
_____

☐ Contingent
X  Unliquidated
☐ Disputed

Date or dates debt was incurred: March 2021

Basis for the claim: Wages, PTO, patent incentive

Last 4 digits of account
number    6679_____

Is the claim subject to offset?
☐ No
   Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

| 2.8 | | As of the petition filing date, the claim is: $ ?? Check all that apply. |
|---|---|---|

Check all that apply.

Paul Thompson
18914 46th Ave. W.
Lynnwood, WA 98036
_____

☐ Contingent
X  Unliquidated
☐ Disputed

Date or dates debt was incurred: March 2021

Basis for the claim: Wages, PTO

Last 4 digits of account
number    5750

Is the claim subject to offset?
☐ No
   Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

| 2.9 | | As of the petition filing date, the claim is: $ ?? Check all that apply. |
|---|---|---|

Check all that apply.

Richard Winter POB 765,
Ambler, PA 19002
_____

☐ Contingent
X  Unliquidated
☐ Disputed

Date or dates debt was incurred: March 2021

Basis for the claim: Wages, PTO, patent incentive

Last 4 digits of account
number    5658

Is the claim subject to offset?
☐ No
   Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

| 2.10 | | As of the petition filing date, the claim is: $ ?? Check all that apply. |
|---|---|---|

Check all that apply.

Zhenguo (Gary) Yang
5563  156th Ave SE
Bellevue, WA 98006
_____

☐ Contingent
X  Unliquidated
☐ Disputed

Date or dates debt was incurred: March 2021

Basis for the claim: Wages, PTO, patent incentive, expenses

Last 4 digits of account
number    3784

Is the claim subject to offset?
☐ No
   Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | UniEnergy Technologies, LLC | Case number (if known) 21-11903-CMA |
|--------|------------------------------|-------------------------------------|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.1** Nonpriority creditor's name and mailing address

☐

Aramark, POB 101179, Pasedena, CA 91189-0005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$ 20580.62

Date or dates debt was incurred **March 2021**

Last 4 digits of account number **2627**

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Asure Consulting, POB 35146, Seattle, WA 98124-5146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$ 720.00

Date or dates debt was incurred **March 2021**

Last 4 digits of account number **unknown**

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Avista Utilities, 1411 E. Mission Ave, Spokane, WA 99202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Warranty Claim

$ 3,880,000.00

Date or dates debt was incurred **Q3, 2021**

Last 4 digits of account number **none**

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Battelle Memorial Institute, 902 Battelle Blvd. Richland, WA 99354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: license fees

$ 60,966.61

Date or dates debt was incurred **2020**

Last 4 digits of account number **Unknown**

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Bushveld Energy Company, Fricker & Harris Rd. Illovo, Johannesburg, Gauteng, S. Africa

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
X Disputed

Basis for the claim: Warranty

$ 951,393.06

Date or dates debt was incurred **June 2021**

Last 4 digits of account number **none**

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Cascade Columbia Distribution, POB 24745 Seattle, WA 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$4425.00

Date or dates debt was incurred **March 2021**

Last 4 digits of account number **7100**

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7**

**Nonpriority creditor's name and mailing address**
CDW Direct, A/R, 200 N. Milwaukee Ave
Vernon Hills, IL 60061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

**$871.54**

Date or dates debt was incurred    **March, 2021**
Last 4 digits of account number    **unknown**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

CESA, 2150 Allston Way, Ste: 210
Berkeley, CA 94704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$ 14,500.00

Date or dates debt was incurred    March 2021
Last 4 digits of account number    Unknown

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**
Chemours Company, 1007 Market St. 1209-11
Wilmington, DE 19801

As of the petition filing date, the claim is
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

Basis for the claim: **Convertible Debt**

2,500,000.00

Date or dates debt was incurred    Q2, 2019
Last 4 digits of account number    none

Is the claim subject to offset?
☐ **No**
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**
Christensen O'Connor, 1201 3rd Ave, Ste 3600,
Seattle, WA 98101-3029

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$    38,385.34

Date or dates debt was incurred    unknown
Last 4 digits of account number    unknown

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
Cintas Corp., POB 631025
Cincinnati, OH 60693-1025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid bill

$ 3,197.30

Date or dates debt was incurred    March 2021
Last 4 digits of account number    unknown

Is the claim subject to offset?
☐ No
☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

Cisco Systems, POB 91232
Chicago, IL 60693-1232

As of the petition filing date, the claim is
: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    March 2021

Last 4 digits of account number    5764

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 3712.12

---

**3.13** **Nonpriority creditor's name and mailing address**

Clean Harbors Environmental
26328 79th Ave. S.
Kent, WA 98032

As of the petition filing date, the claim is
: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    March 2021

Last 4 digits of account number    unknown

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 3,557.79

---

**3.14** **Nonpriority creditor's name and mailing address**

CleanTech Alliance
1301 5th Ave. Ste 1500
Seattle, WA 98101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    March 2021

Last 4 digits of account number    unknown

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 9,900.00

---

**3.15** **Nonpriority creditor's name and mailing address**

Comcast Business
POB 37601
Philadelphia, PA 19101-0601

As of the petition filing date, the claim
is : *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    March 2021
                                   7708

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 8,385.90

---

**3.16** **Nonpriority creditor's name and mailing address**

Compass Rosa Law
1225 E. Sunset Dr. #145-486
Bellingham, WA 98226

As of the petition filing date, the claim
is : *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    June 2022

Last 4 digits of account number    none

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 40,000.00

---

**3.17** **Nonpriority creditor's name and mailing address**

Cox, Castle & Nicholson LLP
2029 Century Park East, Ste 2100
Los Angeles, CA 90067

As of the petition filing date, the claim is
: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: unpaid bill

Date or dates debt was incurred    March 2021

Last 4 digits of account number    unknown

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 9,777.89

**3.18 Nonpriority creditor's name and mailing address**
Coyote
POB 742636
Atlanta, GA 30374-2636

**As of the petition filing date, the claim is**
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **$420.00**

**Date or dates debt was incurred**    March 2021

unknown

**Basis for the claim:** unpaid bill
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.19 Nonpriority creditor's name and mailing address**

CSA Group Testing and Certification Inc.
178 Rexdale Blvd, Toronto, ON M9W 1R3 Canada

**As of the petition filing date, the claim is**
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **3,155.25**

**Date or dates debt was incurred**    March 2021

unknown

**Basis for the claim:** unpaid bill
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.20 Nonpriority creditor's name and mailing address**

Dalian Bolong New Materials Co. Ltd.
Huayuankou Economic Zone
Dalian 116422 China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **90,100.00**

**Date or dates debt was incurred**    March 2021

unknown

**Basis for the claim:** unpaid bill
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.21 Nonpriority creditor's name and mailing address**

Dalian Rongke Power Co. Ltd.
No 22 Xinda St.
High Tech District
Dalian 116023 PR China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **1,863,499.67**

**Date or dates debt was incurred**    March 2021

unknown

**Basis for the claim:** unpaid bill
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.22 Nonpriority creditor's name and mailing address**

DHL Global Forwarding
14076 Collections Dr.
Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **13,129.07**

**Date or dates debt was incurred**    March 2021

unknown

**Basis for the claim:** unpaid bill
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**3.23 Nonpriority creditor's name and mailing address**
Echo Global Logistics
22168 Network Place
Chicago, IL 60673-1221

As of the petition filing date, the claim is:    $    9,135.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    March 2021

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    unknown

---

**3.24 Nonpriority creditor's name and mailing address**
Energy Storage Assoc.
1800 M. St. NW, Ste. S400
Washington, DC 20036

As of the petition filing date, the claim is    $    7500.00
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    March 2021

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    unknown

---

**3.25 Nonpriority creditor's name and mailing address**

Environmental Control
220th St. SW #11
Mountlake Terrace, WA 98043

As of the petition filing date, the claim is    $    8,416.02
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    March 2021

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    unknown

---

**3.26 Nonpriority creditor's name and mailing address**
EPC Power Corp
13125 Danielson St.
Poway, CA 92064

As of the petition filing date, the claim is    $    59,927.00
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    March 2021

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    unknown

---

**3.27 Nonpriority creditor's name and mailing address**
First Insurance
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062

As of the petition filing date, the claim is    $    14,194.00
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    March 2021

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    unknown

**3.28  Nonpriority creditor's name and mailing address**
First Choice Coffee Service
14233 NE 200th St.
Woodinville, WA 98072

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 516.77

**Date or dates debt was incurred**   March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   8174

☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**
Flux Pumps
300 Townpark Dr., Ste. 110
Kennesaw, GA 30144

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,363.44

**Date or dates debt was incurred**   March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   unknown

☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**
Gamry Instruments
734 Louis Dr.
Warminster, PA 18974

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,699.00

**Date or dates debt was incurred**   March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   unknown

☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**
Gigavac
6382 Rose Ln.
Carpenteria, CA 93013

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,823.00

**Date or dates debt was incurred**   March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   unknown

☐ Yes

---

**3.32  Nonpriority creditor's name and mailing address**
Global Ventures Capital Mngt.
Neuer Wall 80
Hamburg, Germany 20354

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
**X** Disputed

$ 30,645.00

**Date or dates debt was incurred**   March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   unknown

☐ Yes

---

**3.33  Nonpriority creditor's name and mailing address**
GTM Research
580 Howard St., Ste 402
San Francisco, CA 94105

As of the petition filing date, the claim is
: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2000.00

**Date or dates debt was incurred**   March 2021

Basis for the claim  unpaid bill

Is the claim subject to offset?
☐ No

Last 4 digits of account number   unknown

☐ Yes

| 3.34 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 994.38 |

**3.34 Nonpriority creditor's name and mailing address**
Harrington Industrial Plastics, LLC
4322 South 104th PL
Seattle, WA 98178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 994.38

**Date or dates debt was incurred**    March 2021

Basis for the claim:  unpaid bill
Is the claim subject to offset?
☐ No

Last 4 digits of account number    8208
☐ Yes

**3.35 Nonpriority creditor's name and mailing address**
Hawk Ridge Systems
575 Clyde Ave., Ste. 420
Mountain View, CA 94043-2272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,145.32

**Date or dates debt was incurred**    March 2021

Basis for the claim:  **unpaid bill**
Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown
☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
Holland & Knight
POB 864084
Orlando, FL 32886-3545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,277.50

**Date or dates debt was incurred**    March 2021

Basis for the claim:  unpaid bill
Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown
☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
Holland & Knight
POB 864084
Orlando, FL 32886-3545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,277.50

**Date or dates debt was incurred**    March 2021

Basis for the claim:  unpaid bill
Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown
☐ Yes

**3.37 Nonpriority creditor's name and mailing address**
Honey Bucket
POB 73399
Puyallup, WA 98373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 575.67

**Date or dates debt was incurred**    March 2021

Basis for the claim:  unpaid bill
Is the claim subject to offset?
☐ No

Last 4 digits of account number    0700
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

HYG Financial Services, Inc.
POB 14545
Des Moines, IA 50306-3545

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,104.24

Basis for the claim:  unpaid bill

**Date or dates debt was incurred**   March 2021

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   0001

---

**3.39 Nonpriority creditor's name and mailing address**

Industrial Controls Supply Co.
22410 70th Ave. W. Unit 6
Mountlake Terrace, WA 98043

As of the petition filing date, the claim is:
: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,568.20

Basis for the claim:  **unpaid bill**

**Date or dates debt was incurred**   March 2021

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   UNI001

---

**3.40 Nonpriority creditor's name and mailing address**

Industry Dive
1575 Eye St. NW, 4th Flr.
WA, DC 20005

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1200.00

Basis for the claim: unpaid bill

**Date or dates debt was incurred**   March 2021

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   unknown

---

**3.41 Nonpriority creditor's name and mailing address**

Infotrac
200 North Palmetto St.
Leesburg, FL 34748

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.50

Basis for the claim:  unpaid bill

**Date or dates debt was incurred**   March 2021

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   8257

---

**3.42 Nonpriority creditor's name and mailing address**

Iron Mountain
POB 27128
NY, NY 10087-7128

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 691.39

Basis for the claim:  unpaid bill

**Date or dates debt was incurred**   March 2021

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   unknown

---

**3.43 Nonpriority creditor's name and mailing address**

IS Outsource
19119 N. Creek Pkwy Ste 200
Bothell, WA 98011

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
X Disputed

$ 19,339.65

Basis for the claim:  unpaid bill

**Date or dates debt was incurred**   Mar. 2021

Is the claim subject to offset?
☐ No

| | |
|---|---|
| Last 4 digits of account number    Unienergy | ☐ Yes |

**3.44 Nonpriority creditor's name and mailing address**

Johnson Controls Security Solutions
POB 371967
Philadelphia, PA 15250-7967

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1799.19

Basis for the claim: unpaid bill

Date or dates debt was incurred    Mar. 2021

Is the claim subject to offset?
☐ No

Last 4 digits of account number    9772

☐ Yes

**3.45 Nonpriority creditor's name and mailing address**

Landstar Ranger, Inc
POB 784293
Philadelphia, PA 19178-4293

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,750.00

Basis for the claim: unpaid bill

Date or dates debt was incurred    Mar. 2021

Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown

☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Liesbeth Tuininga
Beat One BV
Mauvelaan 26 3055 BL
Rotterdam, Netherlands

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45,000.00

Basis for the claim: unpaid bill

Date or dates debt was incurred    Mar. 2021

Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown

☐ Yes

**3.47 Nonpriority creditor's name and mailing address**

Mahi Pai, LLC
20613 NE 38th St.
Sammamish, WA 98074-9332

As of the petition filing date, the claim is
: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 30,169.39

Basis for the claim: ~~unpaid bill~~

Date or dates debt was incurred    Mar. 2021

Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown

☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

MESA
423 Washington St. 4th Flr.
San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1500.00

Basis for the claim: unpaid bill

Date or dates debt was incurred    Mar. 2021

Is the claim subject to offset?
☐ No

Last 4 digits of account number    unknown

☐ Yes

**3.49 Nonpriority creditor's name and mailing address**
Moss Adams LLP
POB 101822
Pasadena, CA 91189-1822

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 76,472.30

Date or dates debt was incurred    2019

Basis for the claim: unpaid bill

Is the claim subject to offset?
❏ No

Last 4 digits of account number    5766

❏ Yes

---

**3.50 Nonpriority creditor's name and mailing address**
NAATBatt attn: SL Kane
1755 York Ave, 16H

NY, NY 10128

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 2500.00

Date or dates debt was incurred    March 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
❏ No

Last 4 digits of account number    unknown

❏ Yes

---

**3.51 Nonpriority creditor's name and mailing address**
Navia Benefit Solutions
POB 35193
Seattle, WA 98124-5193

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 1123.40

Date or dates debt was incurred    Mar 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
❏ No

Last 4 digits of account number    6750

❏ Yes

---

**3.52 Nonpriority creditor's name and mailing address**
New York Best
1450 Western Ave. Ste. 101
Albany, NY 12203

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 2000.00

Date or dates debt was incurred    Mar 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
❏ No

Last 4 digits of account number    unknown

❏ Yes

---

**3.53 Nonpriority creditor's name and mailing address**
Norther Safety & Industrial
POB 4250
Utica, NY 13504-4250

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 456.82

Date or dates debt was incurred    Mar 2021

Basis for the claim: unpaid bill

Is the claim subject to offset?
❏ No

Last 4 digits of account number    unknown

❏ Yes

**3.54 Nonpriority creditor's name and mailing address**

Ohm's Electrical Corp.
65-10 Central Ave.

Glendale, NY 11385

As of the petition filing date, the claim is: $ 26,416.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid bill__

**Date or dates debt was incurred**   Mar 2021

unknown

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.55 Nonpriority creditor's name and mailing address**

Pape Material Handling
POB 35144 #5077
Seattle, WA 98124-5144

As of the petition filing date, the claim is: $ 3616.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid bill__

**Date or dates debt was incurred**   Mar 2021

unknown

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.56 Nonpriority creditor's name and mailing address**

Perkins Coie, LLP, Attn: Client Accounting
POB 24643
Seattle, WA 98124-0643

As of the petition filing date, the claim is: $ 65,357.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid bill__

**Date or dates debt was incurred**   2017?

2256

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.57 Nonpriority creditor's name and mailing address**

PGR Group, LLC

As of the petition filing date, the claim is: $ 2500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid bill__

**Date or dates debt was incurred**   Mar 2021

unknown

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.58 Nonpriority creditor's name and mailing address**

Plantscapes, Inc.

As of the petition filing date, the claim is: $ 1465.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid bill__

**Date or dates debt was incurred**   Mar 2021

unknown

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.59 Nonpriority creditor's name and mailing address**

Polsinelli PC
POB 878981
Kansas City, MO 64187-8681

As of the petition filing date, the claim is:
Check all that apply.

$ 38,231.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Mar 2021

unknown

Basis for the claim: **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.60 Nonpriority creditor's name and mailing address**

Praxair
1950 Loveridge Rd.
Pittsburg, CA 94565

As of the petition filing date, the claim is:
Check all that apply.

$ 30,685.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Mar 2021

unknown

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.61 Nonpriority creditor's name and mailing address**

Puget Sound Energy
POB 91269
Bellevue, WA 98009-9269

As of the petition filing date, the claim is:
Check all that apply.

$ 29,407.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Mar 2021

8984

Basis for the claim: **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.62 Nonpriority creditor's name and mailing address**

Puget Sound Energy
POB 91269
Bellevue, WA 98009-9269

As of the petition filing date, the claim is:
Check all that apply.

$ 17,675.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Mar 2021

8242

Basis for the claim: **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.63 Nonpriority creditor's name and mailing address**

Purple Communications
1501 4th Ave, Ste: 2130
Seattle, WA 98101

As of the petition filing date, the claim is:
Check all that apply.

$ 1753.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Mar 2021

0909

Basis for the claim: **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.64 Nonpriority creditor's name and mailing address**

RJ Platenkamp Consulting GmbH

address unknown

| | |
| --- | --- |
| **Date or dates debt was incurred** | Mar 2021 |
| | none |
| Last 4 digits of account number | |

As of the petition filing date, the claim is:
Check all that apply.

$ 90,541.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unpaid bill**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65 Nonpriority creditor's name and mailing address**

Rosen Bel-Kirk Assoc., LLC

POB 5003
Bellevue, WA 98009

| | |
| --- | --- |
| **Date or dates debt was incurred** | Mar 2021 |
| | unknown |
| Last 4 digits of account number | |

As of the petition filing date, the claim is:
Check all that apply.

$ 317,864.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unpaid rent**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66 Nonpriority creditor's name and mailing address**

RS Components, Ltd.
POB 888
Corby  Northhamptonshire  NN17 5UB
United Kingdom

| | |
| --- | --- |
| **Date or dates debt was incurred** | Mar 2021 |
| | unknown |
| Last 4 digits of account number | |

As of the petition filing date, the claim is:
Check all that apply.

$ 1430.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unpaid bill**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.67 Nonpriority creditor's name and mailing address**

SAET Padova
address unknown

| | |
| --- | --- |
| **Date or dates debt was incurred** | Mar 2021 |
| | Unknown |
| Last 4 digits of account number | |

As of the petition filing date, the claim is:
Check all that apply.

$ 37,474.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty Claim**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.68 Nonpriority creditor's name and mailing address**

Snell & Wilmer
One Arizona Center
400 E. Van Buren St.  Ste 1900
Phoenix, AZ 85004-2202

| | |
| --- | --- |
| **Date or dates debt was incurred** | Mar 2021 |
| | unknown |
| Last 4 digits of account number | |

As of the petition filing date, the claim is:
Check all that apply.

$ 40,000

☐ Contingent
**X** Unliquidated
☐ Disputed

**Basis for the claim:  unpaid bill**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.69 Nonpriority creditor's name and mailing address**

Snohomish County PUD
POB 1100
Everett, WA 98206-1100

Date or dates debt was incurred    Mar 2021

845-9

Last 4 digits of account number

As of the petition filing date, the claim is:    $    42,296.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid bill**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.70 Nonpriority creditor's name and mailing address**

Snohomish County Treasurer
POB 34171
Seattle, WA 98124-1171

Date or dates debt was incurred    Mar 2021

unknown

Last 4 digits of account number

As of the petition filing date, the claim is:    $    10,308.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid bill

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.71 Nonpriority creditor's name and mailing address**

Star Rentals
910 SW Spokane St, Bldg. A

Seattle, WA 98134-1125

Date or dates debt was incurred    Mar 2021

Unknown

Last 4 digits of account number

As of the petition filing date, the claim is:    $    536.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid bill

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.72 Nonpriority creditor's name and mailing address**

Telelink
POB 8038
St. John's, NL A1B #m7

Date or dates debt was incurred    Mar 2021

9891

Last 4 digits of account number

As of the petition filing date, the claim is:    $    29.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid bill

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.73 Nonpriority creditor's name and mailing address**

The International Flow Battery Forum
Dairy Farm, Pinkney, Malmesbury
Wiltshire SN16 0NX United Kingdom

Date or dates debt was incurred    Mar 2021

unknown

Last 4 digits of account number

As of the petition filing date, the claim is:    $    9548.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid bill

Is the claim subject to offset?
☐ No
☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

UL, LLC
75 Remittance Dr. Ste 1524
Chicago, IL 60675-1524

**Date or dates debt was incurred**    Mar 2021
unknown

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** unpaid bill

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 23,411.74

---

**3.75 Nonpriority creditor's name and mailing address**

United Recycling & Container
18827 Yew Way
Snohomish, WA 98296

**Date or dates debt was incurred**    Mar 2021
☐
unknown

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** unpaid bill

**Is the claim subject to offset?**
No
☐ Yes

$ 626.02

---

**3.76 Nonpriority creditor's name and mailing address**

UPS SCS Chicago
28013 Network Place
Chicago, IL 60673-1280

**Date or dates debt was incurred**    Mar 2021
☐
3148

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** unpaid bill

**Is the claim subject to offset?**
No
☐ Yes

$ 12,457.80

---

**3.77 Nonpriority creditor's name and mailing address**
US Bank Equity & Finance
POB 790448
St. Louis, MO 63179-0448

**Date or dates debt was incurred**    Mar 2021
2-000

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6520.99

---

**3.78 Nonpriority creditor's name and mailing address**

US Bank Equity & Finance
POB 790448
St. Louis, MO 63179-0448

**Date or dates debt was incurred**    Mar 2021
☐
2-001

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

**Is the claim subject to offset?**
No
☐ Yes

$ 527.02

**3.79 Nonpriority creditor's name and mailing address**

US Bank Equity & Finance
POB 790448
St. Louis, MO 63179-0448

As of the petition filing date, the claim is:    $    2473.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    loan

**Date or dates debt was incurred**    Mar 2021

7-000

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.80 Nonpriority creditor's name and mailing address**

USI Advisors, Inc.
95 Glastonbury Blvd., Ste 102
Glasonbury, CT 06033

As of the petition filing date, the claim is:    $    6175.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    unpaid bill

**Date or dates debt was incurred**    Mar 2021

2084

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.81 Nonpriority creditor's name and mailing address**

Vanadis Power B.V. c/o Liesbeth Tuininga-Muilwijk
Westplein 12
3016 BM
Rotterdam, The Netherlands

As of the petition filing date, the claim is:    $    2234.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Capital Contribution

**Date or dates debt was incurred**    2020

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.82 Nonpriority creditor's name and mailing address**

Ventura County Clerk, Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009

As of the petition filing date, the claim is:    $    26,016.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:    tax bill

**Date or dates debt was incurred**    2018
☐

unknown

Is the claim subject to offset?
No
☐ Yes

Last 4 digits of account number

---

**3.83 Nonpriority creditor's name and mailing address**

Waste Management
POB 541065
Los Angeles, CA 90054-1065

As of the petition filing date, the claim is:    $    2669.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    unpaid bill

**Date or dates debt was incurred**    Mar 2021

677-9

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.84 Nonpriority creditor's name and mailing address**

WTIA Optiflex
1595 NW Gilman Blvd. SW
Mukilteo, WA 98027

**As of the petition filing date, the claim is:** $ 466.78
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** unpaid bill

**Date or dates debt was incurred** Mar 2021

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number unknown

---

**3.85 Nonpriority creditor's name and mailing address**

Yetron Corporation
4333 Harbour Pointe Blvd, Ste A
Mukilteo, WA 98275

**As of the petition filing date, the claim is:** $ 24,340,096.23
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** loan

**Date or dates debt was incurred** Mar 2021

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number none

---

**3.86 Nonpriority creditor's name and mailing address**

Younicos GmbH
AM Studio
1612489 Berlin, Germany

**As of the petition filing date, the claim is:** $ 124,345.51
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** contract claim

**Date or dates debt was incurred** Mar 2021

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number none

---

**3.87 Nonpriority creditor's name and mailing address**

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA 90501

**As of the petition filing date, the claim is:** $ 24,250.86
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** unpaid bill

**Date or dates debt was incurred** Mar 2021

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number unknown

---

**3.88 Nonpriority creditor's name and mailing address**

Zephyr Services (Terra Rodgers)
POB 10061
Zephyr Cove, NV 89448

**As of the petition filing date, the claim is:** $ 35,178.86
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** unpaid bill

**Date or dates debt was incurred** Mar 2021

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number unknown

**3.89 Nonpriority creditor's name and mailing address**

Ziply Fiber
POB 1127
Everett, WA 98206

Date or dates debt was incurred     Mar 2021

Last 4 digits of account number     813-5

**As of the petition filing date, the claim is:**    $    131.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    unpaid bill

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | UniEnergy Technologies, LLC | Case number *(if known)* 21-11903-CMA |
|---|---|---|
| | Name | |

3. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of accountnumber, if any |
|---|---|---|---|
| 3.1. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.2. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.3. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.4. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.5. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.6. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.7. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.8. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.9. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 3.10. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |

**Part 3:**  **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of accountnumber, if any |
|---|---|---|
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |
| 4. _____ _____ _____ |  | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 35,187,699.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 35,187,699.30 |

Fill in this information to identify the case:

Debtor name U n i E n e r g y   T e c h n o l o g i e s ,   L L C _____

United States Bankruptcy Court for the: Western _____ District of WA_____
(State)

Case number (If known): 2 1 - 1 1 9 0 3 - C M A __

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

   **X**   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Fill in this information to identify the case:

Debtor name UniEnergy Technologies, LLC _____

United States Bankruptcy Court for the: Western _____ District of WA _____
                                                                      (State)

Case number (If known):  2 1 - 1 1 9 0 3 - C M A  _____

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   **X** No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City   State   ZIP Code | _____ | ❑ D ❑ E/F ❑ G |