Form ntcdefni (02/2022)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:  UniEnergy Technologies LLC          Case No.: 21–11903–CMA
        Debtor(s).                          Chapter: 7

---

## NOTICE OF DEFICIENT FILING

## FOR NON–INDIVIDUAL DEBTORS

### Missing .txt file with list of creditors uploaded to the case

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **October 14, 2021**, contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**          **July 15, 2022**

Creditor list – PDF docketed to the case and .txt file uploaded


**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**          **July 18, 2022**

All requirements under this section have been met.


**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.


DATED: **July 8, 2022**

                                        Mark L. Hatcher
                                        Clerk of the Bankruptcy Court