United States Bankruptcy Court
Western District of Washington

In re:                                                                     Case No. 21-11903-CMA
UniEnergy Technologies LLC                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2                    User: admin                        Page 1 of 2
Date Rcvd: Jul 08, 2022                 Form ID: ntcdefni                  Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | UniEnergy Technologies LLC, 4333 Harbour Pointe Blvd. SW, Suite A, Mukilteo, WA 98275-5461 |
| aty | + | Christopher H Bayley, Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren St., Ste. 1900, Phoenix, AZ 85004-2509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amit D. Ranade | on behalf of Creditor Forever Energy Inc. amit.ranade@hcmp.com bankruptcy@hcmp.com;krista.stokes@hcmp.com;erika.wilson@hcmp.com |
| Bradley R. Duncan | on behalf of Creditor Forever Energy Inc. bradley.duncan@hcmp.com bkp@hcmp.com;bankruptcy@hcmp.com;tammie.gere@hcmp.com |
| Brian C. Free | on behalf of Creditor Forever Energy Inc. brian.free@hcmp.com  bankruptcy@hcmp.com;krista.stokes@hcmp.com |
| Daniel A Fiedler | on behalf of Interested Party Courtesy NEF danielfiedler@dwt.com  jeannecadley@dwt.com |

Derek Wright
     on behalf of Petitioning Creditor Aggreko LLC dwright@mayerbrown.com

Douglas Spelfogel
     on behalf of Petitioning Creditor Aggreko LLC dspelfogel@mayerbrown.com

Edmund J Wood
     ewood1@aol.com ejw@trustesolutions.net

Hilary Bramwell Mohr
     on behalf of US Trustee United States Trustee hilary.b.mohr@usdoj.gov
     Martha.A.VanDraanen@USDOJ.GOV;Young-Mi.Petteys@USDOJ.GOV;brian.b.braun@usdoj.gov;cori.gustafson@usdoj.gov

Hugh R. McCullough
     on behalf of Interested Party Vanadis Power B.V. hughmccullough@dwt.com sherriparsons@dwt.com;seadocket@dwt.com

Joseph A.G. Sakay
     on behalf of Creditor Rosen Bel-Kirk Associates LLC sakay@ryanlaw.com docketing@ryanlaw.com

Joseph E Shickich, Jr
     on behalf of Interested Party Venture Lending & Leasing VIII Inc. jshickich@foxrothschild.com, vmagda@foxrothschild.com

Joshua A Rataezyk
     on behalf of Debtor UniEnergy Technologies LLC jrataezyk@swlaw.com
     docket@swlaw.com;clittell@swlaw.com;tgere@swlaw.com;pshanahan@swlaw.com

Kathryn R. McKinley
     on behalf of Interested Party Courtesy NEF kathryn.mckinley@painehamblen.com april.schwartzenberger@painehamblen.com

Molly J. Kjartanson
     on behalf of Debtor UniEnergy Technologies LLC mkjartanson@swlaw.com docket@swlaw.com;pshanahan@swlaw.com

United States Trustee
     USTPRegion18.SE.ECF@usdoj.gov


TOTAL: 15

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

| | | |
|---|---|---|
| In Re: | UniEnergy Technologies LLC | Case No.: 21−11903−CMA |
| | Debtor(s). | Chapter: 7 |

## NOTICE OF DEFICIENT FILING

## FOR NON−INDIVIDUAL DEBTORS

### Missing .txt file with list of creditors uploaded to the case

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **October 14, 2021** , contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**         **July 15, 2022**

Creditor list − PDF docketed to the case and .txt file uploaded

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**         **July 18, 2022**

All requirements under this section have been met.

**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.

DATED: **July 8, 2022**

Mark L. Hatcher
Clerk of the Bankruptcy Court