UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

UNIENERGY TECHNOLOGIES LLC,

Debtor.

Case No. 21-11903-CMA

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE AND STATEMENT OF LOCAL COUNSEL

APPLICATION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, Maxim B. Litvak hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: Forever Energy, Inc.

The particular need for my appearance and participation is: Representation of party in interest, Forever Energy, Inc.

I, Maxim B. Litvak, understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington, which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Rules of Bankruptcy Procedure of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing. I further understand that this application, and my association with local counsel, pertains

APPLICATION TO APPEAR PRO HAC VICE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4869-4112-9264.1

to the above-captioned matter only. My appearance and participation in other bankruptcy or adversary proceedings before this Court will require a separate pro hac vice application.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the State of California.

With this application, I will tender the applicable pro hac vice fee to the Office of the Clark of the Bankruptcy Court via electronic payment.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: 09/06/2022                     *s/Maxim B. Litvak*
                                      Maxim B. Litvak, CA Bar No. 215852

Applicant's Name:      Maxim Boris Litvak
Bar # 215852           State:    California
Applicant's Law Firm:  PACHULSKI STANG ZIEHL & JONES LLP
Applicant's Address:   One Market, Spear Tower, 40th Floor
                       San Francisco, CA 94105
Telephone:             (415) 263-7000
Email:                 mlitvak@pszjlaw.com

STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle that above-captioned matter, up to and including trial, in the even the applicant is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant. I further understand that my obligations as local counsel extend to the above-captioned matter only and that the applicant attorney is required to file an additional pro

APPLICATION TO APPEAR PRO HAC VICE - 2

4869-4112-9264.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

hac application for appearance and participation in any other bankruptcy or adversary proceedings before this court.

DATED: 09/06/2022 /s/David C. Neu
David C. Neu, WSB No. 33143

Local Counsel Name & WSBA Bar ID Number: David Conrad Neu, WSB 33143

Local Counsel Law Firm: MILLER NASH LLP

Local Counsel Address: 2801 Alaskan Way, Suite 300
Seattle, WA 98121

Telephone: (206) 624-8300

Email: david.neu@millernash.com

APPLICATION TO APPEAR PRO HAC VICE - 3

4869-4112-9264.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121