| | |
|---|---|
| | Honorable Christopher M. Alston<br>Chapter 7<br>Hearing Date: November 17, 2022<br>Time: 9:30 a.m.<br>Hearing Location: Seattle, WA<br>Response Date: November 10, 2022 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>UniEnergy Technologies LLC,<br><br>                Debtor. | Case No. 21-11903-CMA<br><br>NOTICE OF MOTION TO APPROVE TRUSTEE'S SETTLEMENT WITH VANADIS POWER, B.V. AND VENTURE LENDING & LEASING VIII, INC., |

PLEASE TAKE NOTICE that Edmund J. Wood as trustee ("Trustee") for the Chapter 7 bankruptcy estate of UniEnergy Technologies LLC ("Debtor"), has filed a motion (the "Motion") to approve a settlement with Vanadis Power, B.V. ("Vanadis") and Venture Lending & Leasing VIII, Inc. ("WTI"). The settlement will return personal property to the bankruptcy estate, which was foreclosed by WTI and purchased by Vanadis at a private Article 9 foreclosure sale on August 24, 2021 and will grant a secured claim to WTI in the personal property returned to the estate in the sum of $1,781,722.09. The Trustee is giving a release to Vanadis and WTI of all claims associated with the foreclosure sale. The Trustee will then market and sell the personal property returned to the bankruptcy estate.

NOTICE - 1

The motion is set for hearing as follows:

| | | | |
|---|---|---|---|
| **JUDGE:** | Christopher M. Alston | **TIME:** | 9:30 a.m. |
| **PLACE:** | United States Courthouse<br>700 Stewart Street<br>Courtroom 7206<br>Seattle, WA 98101 | **DATE:** | November 17, 2022 |

Copies of the Motion and supporting documents are on file and may be examined by creditors or other interested parties in the office of the Clerk of the U.S. Bankruptcy Court, 700 Stewart St., Seattle, Washington. If you want a copy of any of one or more of these documents, you must send a written request to Foster Garvey PC, Attn: Deborah A. Crabbe, 1111 3rd Ave, #3000, Seattle, WA 98101.

**IF YOU OPPOSE** the Motion you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver one copy on the undersigned **NOT LATER THAN** the **Response Date** which is **on or before November 10, 2022**.

**IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION, WITHOUT FURTHER NOTICE**, and strike the hearing.

DATED this 20th day of October, 2022

**FOSTER GARVEY P.C.**

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe WSBA #22263
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-5325
Email: deborah.crabbe@foster.com
Attorneys for Edmund J. Wood as trustee for the bankruptcy estate of UniEnergy Technologies LLC

NOTICE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 100682378.1