Honorable Christopher M. Alston
Chapter 7
Hearing Date: November 17, 2022
Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Date: November 10, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>UniEnergy Technologies LLC,<br><br>                Debtor. | Case No. 21-11903-CMA<br><br>**MOTION OF TRUSTEE FOR ORDER AUTHORIZING TRUSTEE'S USE OF FUNDS OF THE ESTATE TO PAY PATENT MAINTENANCE FEES** |

COMES NOW Edmund J. Wood as trustee (the "Trustee") of the bankruptcy estate of UniEnergy Technologies LLC ("Debtor"), by and through his attorneys Foster Garvey P.C. and Deborah A. Crabbe and hereby moves the Court pursuant to 11 U.S.C. §§ 704 and 541 for an order authorizing the Trustee to use funds of the bankruptcy estate to pay patent maintenance fees up to the sum of $22,700.00.

The Debtor is the registered owner of patents with the United States Patent & Trademark Office as well as other patent registration offices, including the European Patent Convention, the Canadian Intellectual Property Office, IP Australia, South African Patent Office and Saudi

MOTION - 1

Authority for Intellectual Property. *See Declaration of Edmund J. Wood, hereinafter Wood Dec.,* ¶ 2.

The Debtor's pre-petition patent counsel, Emily Peyser, has advised that certain patent maintenance fees are coming due between November 20, 2022 and January 1, 2023. *See* true and correct copy of email from Emily Peyser attached to the *Wood Dec,* as **Exhibit A** and incorporated herein by this reference. It is the Trustee's understanding that routine maintenance fees are paid to patent offices where the Debtor has registered patents. *Wood Dec.,* ¶¶ *2, 4.*

The Trustee has not made a decision whether to pay these maintenance fees since the Trustee is still investigating (i) whether the payment of all of these maintenance fees is desirable and (ii) whether the payment of these maintenance fees can be delayed in order to give the estate time to sell the patents and defer the payments to a purchaser. *Wood Dec.,* ¶ *5.*

Accordingly, the Trustee seeks authority form the Court to use up to $22,700.00 to pay the patent maintenance fees should the Trustee determine in his discretion that the payments are necessary to protect property of the estate. *Wood Dec.,* ¶¶ *6-7.*

DATED this 24th day of October, 2022.

**FOSTER GARVEY P.C.**

*s/ Deborah A. Crabbe*

Deborah A. Crabbe, WSBA #22263
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-5325
Email: deborah.crabbe@foster.com
Attorneys for Edmund J. Wood as trustee for the bankruptcy estate of UniEnergy Technologies LLC

MOTION - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 100689702.1