# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

UniEnergy Technologies LLC,

Debtor.

Case No. 21-11903-CMA

**ORDER AUTHORIZING TRUSTEE'S USE OF FUNDS OF THE ESTATE TO PAY PATENT MAINTENANCE FEES**

THIS MATTER came on before the Court on the motion of Trustee Edmund J. Wood (the "Trustee") pursuant to 11 U.S.C. § 704 and 541 for an order approving the Trustee's use of funds to pay certain fees to maintain patents as property of the estate. The Court has reviewed the motion, the Declaration of Edmund J. Wood ("Wood Dec.") in support, the Patent Filing Fee Spreadsheet at **Exhibit A** to the Wood Dec., and the pleadings and files herein. The Court finds that Wood Dec., establishes that the payment of the filing fees is necessary to the administration of the estate.

NOW, THEREFORE it is hereby

ORDERED that the Settlement Agreement is approved; it is further

**End of Order**

ORDER - 1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

FG: 100689593.1

| | |
|---|---|
| 1 | Presented by: |
| 2 | **FOSTER GARVEY P.C.** |
| 3 | |
| 4 | */s/ Deborah A. Crabbe* |
| 5 | Deborah A. Crabbe, WSBA #22263<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101 |
| 6 | Telephone: (206) 447-5325<br>Email: deborah.crabbe@foster.com |
| 7 | Attorneys for Edmund J. Wood as trustee<br>for the bankruptcy estate of UniEnergy Technologies LLC |

ORDER - 2

FG: 100689593.1