Honorable Christopher M. Alston
Chapter 7
Hearing Date: November 17, 2022
Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Date: November 10, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br><br> UniEnergy Technologies LLC, <br><br>                 Debtor. | Case No. 21-11903-CMA <br><br> **DECLARATION OF EDMUND J. WOOD** |

I, Edmund J. Wood, declare under penalty of perjury as follows:

1. I am the Chapter 7 trustee appointed for debtor UniEnergy Technologies LLC ("Debtor"). I have personal knowledge of the facts stated herein and if asked to testify regarding the same would and could competently do so.

2. The Debtor is listed as the registered owner of certain patents with not only the United States Patent & Trademark Office, but other patent registration offices, including the European Patent Convention, the Canadian Intellectual Property Office, IP Australia, South African Patent Office and Saudi Authority for Intellectual Property.

3. Certain patent maintenance fees are coming due between November 20, 2022 and January 1, 2023 for each of these patent offices. A true and correct copy of the patent fees coming due are attached as **Exhibit A** and incorporated herein by this reference.

DECLARATION - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 100689643.1

4. The patents are part of the Debtor's intellectual property. The maintenance of the patents require the payment of regular maintenance fees to a variety of government patent registration offices, including but not limited to the United States Patent & Trademark Office and the aforementioned patent offices.

5. I am still investigating (i) whether the payment of all of these maintenance fees is desirable and (ii) whether the payment of these maintenance fees can be delayed in order to give the estate time to sell the patents and defer the payments to a purchaser.

6. However, I would like the flexibility to pay these maintenance fees if I am advised that the fees are (i) required and (ii) cannot be deferred until after a sale of the patents.

7. As a result, and in an abundance of caution, I am seeking authority to use up to $22,700.00 of estate funds to pay the maintenance fees for the patents referenced in **Exhibit A** hereto.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 24th day of October, 2022, at Seattle, Washington.

*/s/ Edmund J. Wood*
Edmund J. Wood

DECLARATION - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 100689643.1