# EXHIBIT A

| From: | Emily Peyser |
|---|---|
| To: | "HughMcCullough@dwt.com"; "DWright@mayerbrown.com"; "PaulBrown@foxrothschild.com"; "bradley.duncan@hcmp.com"; "jshickich@foxrothschild.com"; "chris@compassrosa.us"; "DSpelfogel@mayerbrown.com"; Deborah Crabbe |
| Cc: | John Macalagay; Gwen Menz; Jane Pearson |
| Subject: | UET IP Portfolio Upcoming Deadlines (104535-633511) |
| Date: | Thursday, October 13, 2022 5:27:42 PM |
| Importance: | High |

Below is an updated table of actions due to maintain the pending UET IP portfolio. Please advise if any party will be paying any of the upcoming fees due. We note that several IP assets have recently gone abandoned for failure to maintain.

If we do not receive instructions and advance fee payments, no action will be taken and these matters will also become abandoned.

| PATENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number | Case Type | Status | Country Name | Invention Title | Application Number | Filing Date | Next Due Date | Estimated Cost |
| 114116-720864 | PRI | Granted | United States of America | MATCHING STATE OF CHARGE IN A STRING | 15/374,782 | 12/9/2016 | 11/20/2022 3.5 year maintenance fee due 11/20/2022, this is the FINAL due date w/surcharges | $1500 |
| 114116-720846 | PCT | Published | European Patent Convention | MATCHING STATE OF CHARGE IN A STRING | 17878813.9 | 7/9/2019 | Annuity Due 12/8/2022 | $2700 |
| 114116-720855 | PCT | Pending | Australia | MATCHING STATE OF CHARGE IN A STRING | 2017371197 | 7/9/2019 | Annuity due 12/8/2022 | $750 |
| 114116-720855 | PCT | Pending | Australia | MATCHING STATE OF CHARGE IN A STRING | 2017371197 | 7/9/2019 | Response to Office Action due 12/19/2022 | $6000 |
| 104535-659292 | PCT | Pending | Australia | FLOW BATTERY SYSTEM | 2018392597 | 7/10/2020 | Annuity Due 12/19/2022 | $750 |
| 104535-659293 | PCT | Published | Canada | FLOW BATTERY SYSTEM | 3,084,672 | 6/3/2020 | Annuity due 12/19/2022 | $500 |
| 104535-659295 | PCT | Published | European Patent Convention | FLOW BATTERY SYSTEM | 18891836.1 | 7/15/2020 | Annuity due 12/19/2022 | $1500 |
| 104535-659306 | PCT | Pending | South Africa | FLOW BATTERY SYSTEM | 2020/04238 | 7/10/2020 | Annuity due 12/19/2022 | $500 |
| 114116-720840 | ORD | Granted | United States of America | SYSTEM ENERGY DENSITY, CHARGE CAPACITY MANAGEMENT AND GAS MANAGEMENT IN A REDOX FLOW BATTERY | 14/793,697 | 7/7/2015 | 3.5 year maintenance fee due 12/25/2022 | $1500 |
| 104535-659304 | PCT | Pending | Saudi Arabia | FLOW BATTERY SYSTEM | 520412262 | 6/18/2020 | Response Due 12/27/2022 | $6000 |
| 104535-659304 | PCT | Pending | Saudi Arabia | FLOW BATTERY SYSTEM | 520412262 | 6/18/2020 | Annuity due 1/1/2023 | $1000 |

**Emily Peyser**
*Shareholder*
she / her

[epeyser@polsinelli.com](mailto:epeyser@polsinelli.com)
**206.393.5441**
1000 2nd Ave, Suite 3500
Seattle, WA 98104


Polsinelli PC, Polsinelli LLP in California

polsinelli.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.